# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 N. SPRING ST., RM. G-8<br>LOS ANGELES, CA 90012<br>(213) 894-3535<br>FAX (213) 894-6860 | **SOUTHERN DIVISION**<br>Ronald Reagan Federal Bldg. and<br>United States Courthouse<br>411 W. Fourth St., Suite 1053<br>Santa Ana, CA 92701-4516<br>(714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Rm. 134
Riverside, CA 92501
(909) 328-4450

**SHERRI R. CARTER**
**CLERK OF COURT**

DATE: __8/28/02__

TO:   CLERK, U. S. DISTRICT COURT
      __Southern__ District of __FL, Fort Lauderdale__
      United States Courthouse
      299 East Broward Boulevard
      Fort Lauderdale, FL 33301

Dear Sir/Madam:

RE:   Transfer to U.S. Magistrate Judge

      Case No. __02-1686M__

      U.S.A. v. __Andrew Proctor__

*(handwritten: 02 CR 80086 DTKH ✓ / 02 CR 80087 DTKH)*

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, **enclosed are the following:**

1) **Certified copy of entire case file (sent 8/20/02; new documents only sent 8/28/02)**
2) **Certified copy of docket sheet**
3) ☐ Letter re status of property bond
4) ☐ Original bond
   **X Original bond to be forwarded by the Fiscal Section**
   ☐ Certified copy of final commitment
   ☐ Original Passport
   ☐ Original Declaration re: Passport

Please acknowledge receipt on the copy of this letter and return to this office.

                                              CLERK, U. S. DISTRICT COURT

                                              By __/s/ Susan Y. Brantley__
                                                        Deputy Clerk

cc:  U.S. Attorney (this district)
     U.S. Attorney (receiving district)              Susan Brantley/213-894-5293

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Dated:_____     CLERK, U. S. DISTRICT COURT

                                        By_____
                                                       Deputy Clerk

CR-48 (1/01)                LETTER RE: RULE 40 - TRANSFER OUT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

CASE NO. 02-1686m    TAPE NO. 02-363    DATE: August 22, 2002

PRESENT: THE HONORABLE Charles F. Eick, U.S. MAGISTRATE JUDGE

S. Hamilton          M. Krause
Deputy Clerk         Assistant U.S. Attorney         Interpreter

USA v. Andrew Proctor

☑ Present ☐ Custody ☑ Bond ☐ Not present

ATTORNEYS PRESENT FOR DEFENDANTS:
Christopher Tayback
☑ Present ☐ CJA ☑ Retd ☐ DFPD ☐ Not present

**PROCEEDINGS: ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING**

☐ Process ☐ received. ☐ not recived.
☐ Court ordered case continued to _____ at _____ a.m./p.m. for _____. Other _____.
☑ Defendant ~~executes waiver of removal hearing and~~ is ordered **HELD TO ANSWER** to the U.S. DISTRICT COURT, Southern District of Florida at _____.
☐ Court orders U.S. Marshal to return the defendant to the U.S. DISTRICT COURT _____ District of _____ at _____ no later than _____.
   ☐ Final Commitment and Warrant of Removal to issue.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. DISTRICT COURT at **LOS ANGELES**.
☑ Court orders defendant to appear in the District of Origin on 8/27/02 at 9:30 a.m. at West Palm Beach Courthouse, Courtroom 4.
   ☑ Bond to be transferred.
☐ Other _____.

**PROCEEDINGS: IDENTITY OR REMOVAL HEARING**

☐ Witnesses are called, sworn and testify - see separate witness list.
☐ Exhibits are marked and admitted - see separate exhibit list.

**RULING:**

☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information ☐ Bench Warrant and ORDERS the defendant **HELD TO ANSWER** to the U.S. DISTRICT COURT, _____ District of _____ at _____.
☐ Court finds ☐ probable cause ☐ no probable cause to order the return of the defendant to the originating district and ORDERS proceedings terminated in this district.
☐ Defendant is ordered released ☐ **FORTHWITH**. Release Order No. _____ issued.
☐ Court ORDERS the U.S. Marshal to return the defendant to U.S. DISTRICT COURT, _____ District of _____ at _____ no later than _____.
   ☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 19 _____.
   ☐ Bond to be transferred.
☐ Other _____.

ENTER ON ICMS
AUG 28 2002

(20)

cc:    Blue copy - AUSA     Yellow copy - Defendant     Pink copy - PSA

M-50 (6/98)    RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS/ FAILURE TO APPEAR - I.D. HEARING
AUG 28 2002

```
 1  CHRISTOPHER TAYBACK (Bar No. 145532)
    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 2  865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
 3  Telephone: (213) 624-7707
    Facsimile: (213) 624-0643
 4
    Attorneys for Defendant Andrew Proctor
 5
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 02-M-1686-AEL |
|---|---|
| Plaintiff, | ) [Assigned to Magistrate Judge<br>) Charles F. Eick, Room 20] |
| vs. | ) **STIPULATION TO EXTEND TIME**<br>) **FOR SURRENDER DATE IN** |
| ANDREW PROCTOR, et al., | ) **SOUTHERN DISTRICT OF**<br>) **FLORIDA; [PROPOSED] ORDER** |
| Defendants. | ) **THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America and defendant Andrew Proctor as follows:

1. Mr. Proctor is a defendant in two cases pending in the United States District Court for the Southern District of Florida at West Palm Beach -- United States v. Proctor, Case No. CR 02-80086(CIK) and United States v. Proctor, Case No. CR 02-80087(CIK). Mr. Proctor was arraigned on or about August 13, 2002 in this District. He was released pursuant to conditions of release (including home detention) on or about August 16, 2002. He is currently on bond pursuant to those conditions.

2. At a hearing held August 22, 2002, this Court ordered Mr. Proctor to report to the United States District Court for the Southern District of Florida in

1  West Palm Beach on this coming Tuesday, August 27, 2002 for his initial
2  appearance. Mr. Proctor is in the process of retaining counsel in both California
3  and the Southern District of Florida. He would therefore like a brief continuance
4  of his initial appearance in the Southern District of Florida to September 4, 2002.
5  The Assistant United States Attorney in the Southern District Florida handling the
6  case (Robin Rosenbaum, Esq.) is agreeable to such a continuance.
7       3.   IT IS THEREFORE STIPULATED AND AGREED that the initial
8  appearance date for Mr. Proctor of August 27, 2002 in the Southern District of
9  Florida is hereby vacated. Mr. Proctor is ordered to report to the Southern
10 District of Florida on Wednesday, September 4, 2002 at 9:30 a.m. He is to report
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

A0021923.WPD                       -2-

1  to the duty Magistrate Judge at the courthouse at 701 Clematis Street, West Palm
2  Beach, Florida 33401.
3
4  DATED: August 23, 2002           Respectfully submitted,
5                                    CHRISTOPHER TAYBACK
                                     QUINN EMANUEL URQUHART
6                                        OLIVER & HEDGES, LLP
7
8                                    By: /s/ Christopher Tayback
                                        Christopher Tayback
9                                    Attorneys for Defendant Andrew Proctor
10
   DATED: August __, 2002           DEBRA YANG
11                                   United States Attorney
                                     JOHN GORDON
12                                   Assistant United States Attorney
                                     Chief, Criminal Division
13                                   MARK KRAUSE
                                     Assistant United States Attorney
14
15                                          .
16                                   By: _____
                                        Mark Krause
17                                   Attorneys for Plaintiff United States of
                                     America
18
19
20                                   **ORDER**
21
   IT IS SO ORDERED.
22
23
   DATED: 8/26/02                    _____
24                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28

to the duty Magistrate Judge at the courthouse at 701 Clematis Street, West Palm Beach, Florida 33401.

DATED: August __, 2002

Respectfully submitted,

CHRISTOPHER TAYBACK
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP


By: _____
       Christopher Tayback
Attorneys for Defendant Andrew Proctor

DATED: August 23, 2002

DEBRA YANG
United States Attorney
JOHN GORDON
Assistant United States Attorney
Chief, Criminal Division
MARK KRAUSE
Assistant United States Attorney


By: _____
       Mark Krause
Attorneys for Plaintiff United States of America

**ORDER**

IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES MAGISTRATE JUDGE

ADR1923.WPD

TOTAL P.04

**PROOF OF PERSONAL SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 100 Wilshire Boulevard, Suite 700, Santa Monica, California 90401-1142.

      On **August 26, 2002**, I served the foregoing document described as **STIPULATION TO EXTEND TIME FOR SURRENDER DATE IN SOUTHERN DISTRICT OF FLORIDA; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

      Mark Krause, Esq.
      Assistant United States Attorney
      United States Attorney's Office
      312 North Spring Street, 11th Floor
      Los Angeles, California 90012

      Pursuant to Federal Rule of Civil Procedure 5, I personally delivered such envelope by hand to the part(ies) at the address(es) indicated above.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on **August 26, 2002**, at Santa Monica, California.

                                                 Moustapha Sene

A0021923.WPD

```
                                                      TERMED PASPRT
                      U.S. District Court
           Central District of California (Western Div.)

           CRIMINAL DOCKET FOR CASE #: 02-M -1686-ALL

USA v. Proctor                                    Filed: 08/13/02
Dkt# in other court: None

Case Assigned to:   Unassigned

ANDREW K PROCTOR (1)          Kiya K Kato
     defendant                  [term  08/16/02]
 [term   08/13/02]             FTS Ext 4408
                               FAX 213-894-0081
                               [COR LD NTC pda]
                               Federal Public Defenders Office
                               321 E 2nd St
                               Los Angeles, CA 90012-4206
                               213-894-2854

                               Christopher Tayback
                               FAX 213-624-0643
                               [COR LD NTC ret]
                               Quinn Emanuel Urquhart Oliver &
                               Hedges
                               865 S Figueroa St, 10th Fl
                               Los Angeles, CA 90017-2543
                               213-624-7707


Pending Counts:
                               I hereby attest and certify on 8-28-02
    NONE                       that the foregoing document is a full, true
                               and correct copy of the original on file in
                               my office, and in my legal custody.

                                  CLERK U.S. DISTRICT COURT
Terminated Counts:             CENTRAL DISTRICT OF CALIFORNIA

    NONE                          Susan L. Brutley
                                       DEPUTY CLERK          (1101)


Complaints                     Disposition

Dft in viol of 18:371, 2,      Crt ords dft HTA to S/D of FL,
78j(b), 78ff(a).               Fort Lauderdale.
                               (-1)


U. S. Attorneys:

   NONE


Docket as of August 28, 2002 12:36 pm            Page 1
```

```
Proceedings include all events.                              TERMED PASPRT
2:02m 1686-ALL USA v. Proctor
```

| | | |
|---|---|---|
| 8/13/02 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Andrew K Proctor arrested on 8/13/02. Defendant's date of birth: 10/25/56. (sbr) [Entry date 08/20/02] |
| 8/13/02 | 1 | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Andrew K Proctor, originating in the USDC, Southern District of FL, at Fort Lauderdale. Defendant charged in violation of: 18:371, 2, 78j(b), 78ff(a). Signed by agent Audrey Bari, FBI, Special Agent. (sbr) [Entry date 08/20/02] |
| 8/13/02 | 3 | MINUTES OF ARREST ON O/D WARRANT held before Magistrate Judge Charles F. Eick as to Andrew K Proctor: Defendant arraigned and states true name is as charged. DFPD atty Kiya K Kato appointed. Court orders Andrew K Proctor temp detained. Court orders Andrew K Proctor held to answer to USDC, Southern District of FL at Fort Lauderdale. Warrant of removal and final commitment to issue; stayed until 8/16/02, 12:00 pm. Defendant committed to the custody of the U. S. Marshal. Detention hearing set for 9:00 am, 8/16/02. Indict ord unsealed. Tape No.: 02-36A. (sbr) [Entry date 08/20/02] |
| 8/13/02 | 4 | ORDER OF TEMPORARY DETENTION PENDING HEARING Pursuant to Bail Reform Act filed by Magistrate Judge Charles F. Eick as to Andrew K Proctor. (sbr) [Entry date 08/20/02] |
| 8/13/02 | 5 | WAIVER OF RULE 40 HEARINGS filed by Andrew K Proctor, waiving ID & arrival of process hrgs. (sbr) [Entry date 08/20/02] |
| 8/13/02 | 6 | NOTICE OF REQUEST FOR DETENTION filed by USA as to Andrew K Proctor. (sbr) [Entry date 08/20/02] |
| 8/13/02 | 7 | FINANCIAL AFFIDAVIT filed as to Andrew K Proctor. (sbr) [Entry date 08/20/02] |
| 8/14/02 | 8 | FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge Charles F. Eick as to Andrew K Proctor, to USDC, Southern District of FL at Fort Lauderdale. (sbr) [Entry date 08/20/02] |

Proceedings include all events.                                    TERMED PASPRT
2:02m 1686-ALL USA v. Proctor

| | | |
|---|---|---|
| 8/16/02 | 9 | MINUTES OF DETENTION HEARING held before Magistrate Judge Charles F. Eick as to Andrew K Proctor: Bail set in the amount of $50,000 A/B, w/cash deposit $10,000, w/aff of sur no just by responsible 3rd pty, with following conditions of release: Intensive PSA supv; surr to Clk of Crt any passport issued & not apply for issuance of passport during pendency of case (dft's wife to also surr passport); travel restricted to CDC & S/D of FL; reside per PSA approval; maintain empl; maintain or actively seek empl &/or maintain or commence education prog & provide proof to PSA; participate in following home confinement prog component & abide by all requirements of prog which will incl electronic monitoring or other location verification system, pay all or part of cost of prog based upon ability to pay as determined by PSA: Home dtn, restricted to residence @ all times except for empl, education, religious svcs, med/substance abuse or mental health treatment, atty visits, crt-ord obligations, or other activities preapproved by PSA. Removal ord stayed until 3:00 pm, 8/16/02. Tape No.: 02-33. (sbr) [Entry date 08/20/02] |
| 8/16/02 | 10 | MINUTES OF ARRIVAL PROCESS HEARING before Magistrate Judge Charles F. Eick as to Andrew K Proctor: Case cont to 10:00 am, 8/22/02, for stat conf. Tape No.: 02-33. (sbr) [Entry date 08/20/02] |
| 8/16/02 | 11 | SUBSTITUTION OF ATTORNEY filed as to Andrew K Proctor. Attorney Christopher Tayback substituting for attorney Kiya K Kato. Approved by Magistrate Judge Charles F. Eick. (sbr) [Entry date 08/20/02] |
| 8/16/02 | 12 | BOND AND CONDITIONS OF RELEASE filed as to Andrew K Proctor, in the amount of: $50,000 A/B, w/cash deposit $10,000, w/aff of sur no just by responsible 3rd pty. Conditions of Release: Surr to Clk of Crt all passports issued & not apply for issuance of passport during pendency of case (& dft's wife to surr passport); intensive PSA supv; travel restricted to CDC & S/D of FL; reside per PSA approval; rpt to PSA @ 10:00 am, 8/19/02; maintain or actively seek empl &/or maintain or commence education prog & provide proof to PSA; participate in following home confinement prog component & abide by all requirements of prog which will incl electronic monitoring or other location verification system, pay all or part of cost of prog based upon ability to pay as determined by PSA: Home dtn, restricted to residence @ all times except for empl, education, religious svcs, med/substance abuse or mental health treatment, atty visits, crt-ord obligations, or other activities as preapproved by PSA. Approved by Magistrate Judge Andrew J. Wistrich. Original bond routed to: FISCAL. (Rel #26113) (sbr) [Entry date 08/20/02] |

```
Proceedings include all events.                              TERMED PASPRT
2:02m 1686-ALL USA v. Proctor

8/16/02    13      AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local
                   Criminal Rule 5.2.8) filed as to Andrew K Proctor in the
                   amount of $50,000, by Surety: Maureen K Proctor, wife, for
                   bond [12-1]. (sbr) [Entry date 08/20/02]

8/16/02    14      NOTICE OF DELIVERANCE and Receipt of Passport and Abstract
                   of Court Order filed as to Andrew K Proctor, in reference
                   to bond [12-1]. Passport No.: 034095450; issued to Maureen
                   Kammener Proctor, wife. (sbr) [Entry date 08/20/02]

8/16/02    15      NOTICE OF DELIVERANCE and Receipt of Passport and Abstract
                   of Court Order filed as to Andrew K Proctor, in reference
                   to bond [12-1]. Passport No.: 035022490. (sbr)
                   [Entry date 08/20/02]

8/22/02    20      MINUTES OF ARRIVAL PROCESS HEARING before Magistrate Judge
                   Charles F. Eick as to Andrew K Proctor: Court orders
                   Andrew K Proctor held to answer to USDC, Southern District
                   of FL at Fort Lauderdale. Crt ords dft to appear on
                   8/27/02 @ 9:30 am. Court orders bond to transfer. Tape
                   No.: 02-36B. (sbr) [Entry date 08/28/02]

8/26/02    21      STIPULATION AND ORDER filed by Magistrate Judge Charles F.
                   Eick as to Andrew K Proctor: Initial appearance date for
                   dft of 8/27/02 in S/D of FL hereby VAC. Dft ord to rpt to
                   S/D of FL on 9/4/02 @ 9:30 am. He is to rpt to duty Mag
                   Judge @ crthouse @ West Palm Beach, FL 33401. (sbr)
                   [Entry date 08/28/02]
```