UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80086-CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANDREW K. PROCTOR,
Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** come before the court *sua sponte*. Counsel representing the plaintiff, United States of America, represented to the court that upon transfer of the companion case of the above named defendant, Case No. 02-80087-CR-HURLEY, to the Central District of California, this case would be dismissed, pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure. The transfer having been accomplished, it is

**ORDERED** and **ADJUDGED** as follows:

1. The indictment in the above captioned case is **dismissed.**

2. The Clerk of Court is directed to designated this case, as it pertains to this defendant, "closed".

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28th day of May, 2004.

**copy furnished**:
AUSA Roger H. Stefin
Maryann Wilcot, Esq.
Clerk, U.S. District Court

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts